KATHLEEN MAKINEN et al., Respondents, v CITY OF NEW YORK et al., Appellants.

Decided June 1, 2017

*See* 857 F3d 491.

Certification of a question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of this Court's Rules of Practice, accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia and Wilson.